IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANDON SAMUELS                                                      PLAINTIFF

v.                  Civil No. 5:17-cv-05232

CORPORAL CARLOS PINEDA                                 DEFENDANT

**OPINION AND ORDER**

This is a civil rights action filed by the Plaintiff Shandon Samuels pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

On February 21, 2018, an Opinion (ECF No. 15) was entered dismissing Private Levi Littrell and Private Adam Miles. In the Opinion, Plaintiff was given until **March 6, 2018**, to advise the Court whether he wanted to proceed with his excessive force claim against the remaining Defendant Corporal Pineda. The Plaintiff has not responded to the Court Order. He has not requested an extension of time to respond. He has not communicated with the Court in anyway. No mail has been returned as undeliverable. The Court therefore concludes Plaintiff does not desire to proceed on the remaining claim.

IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE based on Plaintiff's abandonment of his claim against the remaining Defendant.

**IT IS SO ORDERED** this 13th day of March 2018.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE